UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JOSEPH A. MITCHELL, ET AL.**  CIVIL ACTION

**VERSUS**  No. 12-306

**PFIZER, INC.**  SECTION "I"

### ORDER

Considering the joint motion[1] to stay the above-captioned matter pending the creation of a multidistrict litigation proceeding ("MDL"),

**IT IS ORDERED THAT** the above-captioned matter is **STAYED** pending a decision by the Judicial Panel for Multidistrict Litigation ("JPML") on Pfizer Inc's ("Pfizer") motion to create an MDL for the coordination of all related federal actions in which the plaintiffs allege that Zoloft caused birth defects.

**IT IS FURTHER ORDERED THAT** the parties will submit a joint letter to this court upon learning of the JPML's decision on Pfizer's motion to create an MDL. If the motion is denied, Pfizer's deadline to respond to the amended complaint will be 20 days after the date of the JPML decision denying the motion. If the JPML grants Pfizer's motion to create an MDL, the parties will work jointly to effectuate appropriate transfer of this action to such MDL, and Pfizer's deadline to respond will be 20 days after the JPML transfers this action to the MDL.

New Orleans, Louisiana, March 19, 2012.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 12-306.